## Bond *et ux. v.* Lockwood.

(November Term, 1863.)

Withdrawing records — *to prepare the case for trial.* Counsel will not be allowed to withdraw a record from the files to enable him to prepare the cause for trial.

THIS cause was originally brought in the first grand division, and by agreement the venue was changed to the second grand division. While the record was still at Mount Vernon, Mr. O'MELVENY asked leave to withdraw it for the purpose of preparing the cause for trial at Springfield.

Per CURIAM: The counsel can make use of the record in the court-house, for the purpose suggested, but it must not be withdrawn from the files; it is the duty of the clerk to transmit the papers in the cause to the clerk of the court to which the cause is removed.